## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**In the matter of:**

| | |
|---|---|
| JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, *Debtor(s)* | Bankruptcy Petition No. 19-54531 Hon. Lisa S. Gretchko Chapter 7 |
| TEODOR GELOV, *Plaintiff,* v. JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, *Defendant(s)* | Adv. Pro. No. 20-04172 Hon. Lisa S. Gretchko |

## STIPULATED ORDER WITHDRAWING MOTION TO DISMISS WITHOUT PREJUDICE AND ALLOWING FOR AMENDMENT OF COMPLAINT

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 128) between the Plaintiff and the Defendants consenting to the terms of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 120) is hereby withdrawn without prejudice, subject to the terms of this Order.

2. Plaintiff shall have seven (7) days from entry of this Order to file another amended Complaint to include the allegation that Plaintiff provided funds to the Defendant(s).

3.  Defendants shall  have fourteen (14) days to respond to the amended

Complaint described in the preceding paragraph of this Order.

**Signed on March 2, 2023**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**