## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. |  |
| _____/ | |
| Teodor Gelov | |
| Plaintiff, | |
| v. | |
| Joseph G. DuMouchelle and Melinda J. Adducci | Adversary Pro. No. 20-04172 |
| Defendants. | |
| _____/ | |

### STIPULATION FOR ENTRY OF ORDER EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

NOW COMES Teodor Gelov ("Gelov"), and Joseph G. DuMouchelle and Melinda J. Adducci ("Defendants"), by their respective counsel, who hereby stipulate and agree to the entry of the proposed Order attached hereto as **Exhibit 1**.

4886-3945-9420.v1

Approved as to form and content:

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **JOHN R. FOLEY, P.C.** |
| By: /s/*Jay L. Welford* <br> Jay L. Welford (P34471) <br> Kimberly Ross Clayson (P69804) <br> 27777 Franklin, Suite 2500 <br> Southfield, MI 48034 <br> (248) 351-3000 <br> jwelford@taftlaw.com <br> kclayson@taftlaw.com | By: /s/*Patrick A. Foley* (w/permission) <br> Patrick A. Foley (P74323) <br> 18572 W. Outer Drive <br> Dearborn, MI 48128 <br> 313-274-7377 <br> pafoley@jrfpc.net |
| *Counsel to Plaintiff, Teodor Gelov* | *Counsel for Defendants, Joseph G. DuMouchelle and Melinda J. Adducci* |
| Dated: April 10, 2023 | Dated: April 10, 2023 |

**EXHIBIT 1**

4886-3945-9420.v1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

    Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04172

## ORDER EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

**THIS MATTER** having come before the Court on the stipulation ("Stipulation"; ECF No. ___) between Teodor Gelov ("Plaintiff") and Defendants, Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's response

4886-3945-9420.v1

20-04172-lsg   Doc 140   Filed 04/10/23   Entered 04/10/23 12:34:42   Page 4 of 7

deadline to Defendants' Motion for Protective Order (ECF No. 132) dated March 16, 2023, is extended to April 27, 2023.

4886-3945-9420.v1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. / | |
| Teodor Gelov | |
| Plaintiff, | |
| v. | |
| Joseph G. DuMouchelle and Melinda J. Adducci | Adversary Pro. No. 20-04172 |
| Defendants. / | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, my office caused to be served a copy of the *Stipulation For Entry Of Order Extending Plaintiff's Response Deadline To Defendants' Motion for Protective Order* by ECF notification to all parties who have filed an appearance in the above-captioned adversary proceeding.

4886-3945-9420.v1

20-04172-lsg    Doc 140    Filed 04/10/23    Entered 04/10/23 12:34:42    Page 6 of 7

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
Dated: April 10, 2023    kclayson@taftlaw.com