UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

Defendants.
_____/

Adversary Pro. No. 20-04172

## ORDER EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 140) between Teodor Gelov ("Plaintiff") and Defendants, Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's response deadline to Defendants' Motion for Protective Order (ECF No. 132) dated March 16, 2023 is extended to April 27, 2023.

**Signed on April 10, 2023**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**