UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

    Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04172

**STIPULATED ORDER: (I) EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND TO DEFENDANTS' DISCOVERY REQUESTS, (II) EXTENDING DISCOVERY CUT OFF, EXPERT REPORT DEADLINE, AND DISPOSITIVE MOTION DEADLINE, AND (III) SCHEDULING ADJOURNED DATES FOR JOINT FINAL PRETRIAL CONFERENCE AND TRIAL**

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 142) between Teodor Gelov ("Plaintiff") and Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants") consenting to the terms of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to Defendants' Motion for Protective Order (ECF No. 132) and to respond to Defendants' discovery requests (ECF No. 131) is extended to May 26, 2023.

**IT IS FURTHER ORDERED** that the deadline for conclusion of discovery is extended to August 21, 2023.

**IT IS FURTHER ORDERED** that the expert report deadline is extended to August 7, 2023.

**IT IS FURTHER ORDERED** that the dispositive motion deadline is extended to September 29, 2023.

**IT IS FURTHER ORDERED that the joint final pretrial conference (previously scheduled for September 18, 2023) is adjourned to January 29, 2024 at 10:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

**IT IS FURTHER ORDERED that trial of this matter (previously scheduled for October 4, 2023 and October 5, 2023) is adjourned to February 7, 2024 and February 8, 2024, at 9:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

**IT IS FURTHER ORDERED** that, except as amended in this Order, the September 16, 2022 Adversary Proceeding Scheduling Order (ECF No. 114) remains in full force and effect.

**Signed on April 28, 2023**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**