# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

    Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04172

## ORDER EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND DEFENDANTS' DISCOVERY REQUEST

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 146) between Teodor Gelov ("Plaintiff") and Defendants, Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

4880-2067-7990.v1

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's response deadline to Defendants' Motion for Protective Order (ECF No. 132), and Plaintiff's response deadline to Defendants' discovery requests (ECF No. 131) are each extended from May 26, 2023 to June 9, 2023.

**Signed on May 25, 2023**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
United States Bankruptcy Judge