# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

                                                   Chapter 7

Joseph G. DuMouchelle and Melinda
J. Adducci                                     Case No. 19-54531

                                                   Honorable Lisa Gretchko

          Debtors.

_____/

Teodor Gelov

          Plaintiff,

v.

Joseph G. DuMouchelle and Melinda         Adversary Pro. No. 20-04172
J. Adducci

          Defendants.

_____/

## STIPULATION AS TO FORM ONLY, FOR ENTRY OF ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER

     Plaintiff, Teodor Gelov ("<u>Plaintiff</u>"), and Defendants, Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "<u>Defendants</u>"), by their respective counsel, hereby stipulate, as to form only, to the entry of the *Order Denying in Part and Granting in Part Defendants' Motion for a Protective Order.*

Approved as to form:

**TAFT STETTENIUS AND HOLLISTER, LLP**

By:  /s/Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
Jay L. Welford (P34471)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com


*Counsel to Plaintiff, Teodor Gelov*


Dated:  June 30, 2023

**JOHN R. FOLEY, P.C.**

By: */s/Patrick A. Foley* (w/permission)
Patrick A. Foley (P74323)
18572 W. Outer Drive
Dearborn, MI 48128
313-274-7377
pafoley@jrfpc.net




*Counsel for Defendants, Joseph G. DuMouchelle and Melinda J. Adducci*


Dated:  June 30, 2023

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda
J. Adducci

          Debtors.

_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

          Plaintiff,

v.

Joseph G. DuMouchelle and Melinda
J. Adducci

          Defendants.

_____/

Adversary Pro. No. 20-04172

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

**THIS MATTER** came before the Court upon the Defendants' Motion for Entry of a Protective Order ("Motion"; ECF No. 132) and the Plaintiff's objection to the Motion ("Objection"; ECF No. 149). On June 23, 2023, the Court held a hearing ("Hearing") on the Motion and the Objection; counsel for Plaintiff and counsel for Defendants appeared at the Hearing. The Court has reviewed the Motion

and the Objection and other pertinent pleadings, has considered statements made at the Hearing, and is advised in the premises.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Motion is DENIED as to Interrogatory No. 8 and 9 and Request to Produce No. 7 of Plaintiff's Discovery Request ("Discovery Request," ECF No. 126) and Defendants shall comply in all respects with the Parties Report of 26(f) Conference (ECF No. 117) in response to Plaintiff's Discovery Request.

**IT IS FURTHER ORDERED** that the Motion is GRANTED as to Interrogatory No. 14 of Plaintiff's Discovery Request.