# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. | |
| _____/ | |
| Teodor Gelov | |
| Plaintiff, | |
| v. | |
| Joseph G. DuMouchelle and Melinda J. Adducci | Adversary Pro. No. 20-04172 |
| Defendants. | |
| _____/ | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

**THIS MATTER** came before the Court upon the Defendants' Motion for Entry of a Protective Order ("Motion"; ECF No. 132) and the Plaintiff's objection to the Motion ("Objection"; ECF No. 149). On June 23, 2023, the Court held a hearing ("Hearing") on the Motion and the Objection; counsel for Plaintiff and counsel for Defendants appeared at the Hearing. The Court has reviewed the Motion,

the Objection and other pertinent pleadings, has considered statements made at the Hearing, and is advised in the premises.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Motion is DENIED as to Interrogatory No. 8 and 9 and Request to Produce No. 7 of Plaintiff's Discovery Request ("Discovery Request," ECF No. 126) and Defendants shall comply in all respects with the Parties Report of 26(f) Conference (ECF No. 112) in response to Plaintiff's Discovery Request.

**IT IS FURTHER ORDERED** that the Motion is GRANTED as to Interrogatory No. 14 of Plaintiff's Discovery Request.

**Signed on July 5, 2023**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**