## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda
J. Adducci

                Debtors.

_____/

Teodor Gelov

                Plaintiff,

v.

Joseph G. DuMouchelle and Melinda
J. Adducci

                Defendants.

_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Adversary Pro. No. 20-04172

## PLAINTIFF'S LIMITED OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY BY PATRICK ANTHONY FOLEY

Plaintiff, Teodor Gelov, through his undersigned counsel hereby submits his limited objection ("Limited Objection") to Motion to Withdraw as Attorney by Patrick Anthony Foley (ECF No. 163; the "Withdrawal Motion"). For his Limited Objection, Plaintiff submits that the granting of the Withdrawal Motion should be conditioned on a substitution of counsel having first been filed to prevent undue delay in the progress of this proceeding.

1

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated:  August 3, 2023    By:    /s/ Jay L. Welford
                                        Jay L. Welford (P34471)
                                        Kimberly Ross Clayson (P69804)
                                        Counsel to Plaintiff
                                        27777 Franklin Road, Suite 2500
                                        Southfield, Michigan 48034
                                        Phone: (248) 351-3000
                                        jwelford@taftlaw.com
                                        kclayson@taftlaw.com

2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

|  |  |
|---|---|
| | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. | |

_____/

Teodor Gelov

       Plaintiff,

v.

Joseph G. DuMouchelle and Melinda          Adversary Pro. No. 20-04172
J. Adducci

       Defendants.

_____/

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2023, my office caused to be served a copy

of the *Plaintiff's Limited Objection to Motion to Withdraw as Attorney by Patrick*

*Anthony Foley* using the Court's electronic filing system which will send notice to

all ECF participants registered to receive notice.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated:  August 3, 2023    By:    /s/ Jay L. Welford
                                            Jay L. Welford (P34471)
                                            Kimberly Ross Clayson (P69804)
                                            Counsel to Plaintiff
                                            27777 Franklin Road, Suite 2500
                                            Southfield, Michigan 48034
                                            Phone: (248) 351-3000
                                            jwelford@taftlaw.com
                                            kclayson@taftlaw.com