UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

    Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04172

## NOTICE OF DEPOSITION OF MELINDA J. ADDUCCI

TO:  Melinda J. Adducci
      1221 Bowers #2595
      Birmingham, MI 48012

PLEASE TAKE NOTICE that Plaintiff, Teodor Gelov ("Plaintiff"), by his undersigned counsel, will take the deposition of Melinda J. Adducci on **Wednesday, October 18, 2023**, commencing at 10:00 a.m., and will continue day to day until complete, at Taft Stettinius & Hollister, 27777 Franklin Road, Suite 2500, Southfield, MI 48034.

The deposition will be an oral examination before a notary public or any other officer authorized by law to take a deposition. This deposition is being taken for the purposes of discovery and for any other purposes permitted by the Bankruptcy Court Rules and applicable law.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: August 22, 2023

By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Counsel for Plaintiff Teodor Gelov*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. _____/ | |
| Teodor Gelov | |
| Plaintiff, | |
| v. | |
| Joseph G. DuMouchelle and Melinda J. Adducci | Adversary Pro. No. 20-04172 |
| Defendants. _____/ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, I caused to be served a copy of the *Notice Of Deposition Of Melinda J. Adducci* and *Certificate of Service* with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: August 22, 2023         By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com