# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

JOSEPH DuMOUCHELLE and
MELINDA ADDUCCI,
        Debtors.
_____/

Case No. 19-54531
Chapter 7
Hon. Lisa S. Gretchko

TEODOR GELOV,
        Plaintiff,

v.

JOSEPH DuMOUCHELLE and
MELINDA ADDUCCI,
        Defendants.
_____/

Adv. Pro. No. 20-04172-lsg
Hon. Lisa S. Gretchko

## ORDER DISMISSING JOSEPH DUMOUCHELLE FROM THIS ADVERSARY PROCEEDING DUE TO LACK OF SUBJECT MATTER JURISDICTION

For the reasons stated in the Court's written opinion filed today (ECF No. 175), all of which are incorporated herein,

IT IS HEREBY ORDERED that Joseph DuMouchelle is dismissed from this Adversary Proceeding because it is moot as to him and, consequently, this Court lacks subject matter jurisdiction over this Adversary Proceeding as it relates to Joseph DuMouchelle.

**Signed on September 14, 2023**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**