# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci,

      Debtors.
_____/

Teodor Gelov,

      Plaintiff,

v.

Melinda J. Adducci,

      Defendant.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Adversary Pro. No. 20-04172

## LETTER FROM PLAINTIFF, TEODOR GELOV

Plaintiff, Teodor Gelov, by his undersigned counsel submits the attached letter to the court in response to letter from Defendant, Melinda J. Adducci filed at ECF No. 191.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: November 2, 2023          By:   /s/ Jay L. Welford
                                 Jay L. Welford (P34471)
                                 Kimberly Ross Clayson (P69804)
                                 Counsel to Plaintiff
                                 27777 Franklin Road, Suite 2500
                                 Southfield, Michigan 48034
                                 Phone: (248) 351-3000
                                 jwelford@taftlaw.com
                                 kclayson@taftlaw.com

                                 *Counsel for Plaintiff Teodor Gelov*

October 30, 2023

Dear Hon. Judge Gretchko,

       This letter is a response to Melinda Adducci's letter filed with the court on October 25, 2023. I know it is customary for the attorneys to respond, but I thought this one time it might be appropriate for the Court to hear directly from a party. I mean no offense by taking this approach. I am writing to you in opposition to Melinda's request for a delay in the lawsuit I filed against her in her bankruptcy. Melinda Adducci DuMouchelle and her husband committed fraud against me in 2018 and while Joseph DuMouchelle pled guilty, Melinda has yet to be charged. We hope that will change and she will be charged soon.

       Throughout the criminal, civil, and bankruptcy cases, the DuMouchelle's (both Melinda and Joe) have repeatedly disrespected the court and the victims with numerous failures to comply, deception to the courts, and numerous changes of counsel as a delay and distract strategy. We, the victims of their callous deceit, continue to mount legal fees to prosecute our cases. These two perpetrators defrauded the victims of more than $25 million.

       In my case Melinda Adducci and Joe DuMouchelle are family. They are the formerly trusted aunt and uncle of my son-in-law Kevin. They used that relationship to gain trust within our family and exploited it with a scheme to defraud $1.8 million in cash from me and now in total more than $2.5 million including legal fees. This scam cost us more than money. It has ruined family relationships, caused anxiety, and illness. They pitted mother against son, sisters against brothers, in-laws against each other. They told wild stories on how they (the Adducci/DuMouchelle's) are actually the victims themselves of wild conspiracies against them, all simply to deflect blame and delay justice.

       In Melinda's letter to you, she continues to manipulate and act as a victim herself, when she is an active participant in perpetrating the fraud. We have attempted to offer settlement options and they go unanswered. It has been 5 years since they plotted their scheme. Not once did they call me, my wife, my daughter or son-in-law to apologize for their deceit, to ask for forgiveness for their actions. A phone call expressing some remorse could keep this family from having fallen apart- But not even a word. Instead, it's more lies and divisive behavior, and accusing their victims.

       Melinda Adducci does not need more time, or new lawyers. She and Joe have played this game for so long and have protracted the length of these proceedings tremendously. They both know how to play and delay the legal system. If requested, we can provide numerous samples of delays by the sudden need to change lawyers, alleged illness, etc. Ms. Adducci needs to actually face and engage in the legal system and give victims some relief from the pain she has caused. She has yet to call us with any remorse. "Uncle Joe and Aunt Lindy", were heroes and mentors to their nephew. Kevin looked up to them like no other. He loved them, and yet not even a call. Notwithstanding our attempts otherwise, I know Kevin feels the guilt of providing a character reference when my wife and I asked about it prior to "investing" in their scam. He is heartbroken. And while we all want this to finally end, Melinda Adducci cannot even follow the Court's schedule. It is always about them. Delays and "woe is me" is her guise.

       I pray you do not grant Melinda Adducci and Joe DuMouchelle any more time, that you keep their lawyers representing her, and that you spare us more cost in prosecuting restitution.

                                      Sincerely,

                                      Ted Gelov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. _____/ | |
| Teodor Gelov | |
| Plaintiff, | |
| v. | |
| Melinda J. Adducci | Adversary Pro. No. 20-04172 |
| Defendant. _____/ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2023, my office caused to be served a copy of the *Letter from Plaintiff, Teodor Gelov* and this *Certificate of Service* by ECF notification to all parties who have filed an appearance in the above-captioned adversary proceeding.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

By: /s/ Jay Welford
Kimberly Ross Clayson (P69804)
Jay L. Welford (P34471)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

Dated: November 2, 2023