UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

    Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04172

### NOTICE OF DEPOSITION OF MELINDA J. ADDUCCI

TO:   Melinda J. Adducci
       1221 Bowers #2595
       Birmingham, MI 48012

PLEASE TAKE NOTICE that Plaintiff, Teodor Gelov ("Plaintiff"), by his undersigned counsel, will take the deposition of Melinda J. Adducci on **Monday, September 23, 2024**, commencing at 1:30 p.m., and will continue day to day until complete, via Zoom. A link will be provided by counsel.

The deposition will be an oral examination before a notary public or any other officer authorized by law to take a deposition. This deposition is being taken for the purposes of discovery and for any other purposes permitted by the Bankruptcy Court Rules and applicable law.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: August 13, 2024

By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Counsel for Plaintiff Teodor Gelov*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci

   Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa Gretchko

Teodor Gelov

   Plaintiff,

v.

Joseph G. DuMouchelle and Melinda J. Adducci

   Defendants.
_____/

Adversary Pro. No. 20-04172

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2024, I caused to be served a copy of the *Notice Of Deposition Of Melinda J. Adducci* and *Certificate of Service* with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: August 13, 2024	By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com