UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci,

Debtors.
_____/

Chapter 7

Case No. 19-54531

Hon. Lisa S. Gretchko

Teodor Gelov,

    Plaintiff,

v.

Melinda J. Adducci,

    Defendant.
_____/

Adversary Pro. No. 20-04172

## STIPULATED ORDER FOR EXTENDED DISCOVERY SCHEDULE, AND ADJOURNING FINAL PRETRIAL CONFERENCE AND TRIAL

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. 230) between Plaintiff[1] and Defendant consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings and finds good cause to enter this Order.

---

[1] Capitalized terms used but not defined in this Order shall have the meaning ascribed to them in the Stipulation.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

a. The Parties' final pretrial conference scheduled for November 5, 2024 and the trial scheduled for November 15 and 18, 2024 are adjourned to dates to be determined after further proceedings described below in this Order;

b. On or before October 28, 2024, Defendant shall file a brief ("Relevancy Brief") in support of Defendant's withholding of ESI on relevancy grounds ("Relevancy Objections");

c. On or before November 5, 2024, Plaintiff shall file any reply to the Relevancy Brief;

d. On or before November 4, 2024, Defendant shall produce to Plaintiff a privilege log pertaining to ESI production in accordance with Fed. R. Bankr. P. 7026/Fed. R. Civ. P. 26 and *In re Haynes*, 577 B.R. 711, 717 (Bankr. E.D. Tenn. 2017) ("Privilege Log");

e. This Court shall hold a hearing on Defendant's Relevancy Objections on November 8, 2024 at 10:00 a.m. ("Relevancy Hearing");

f. On November 8, 2024, promptly after the Relevancy Hearing, Plaintiff and Defendant shall meet and confer regarding the contents of the Privilege Log to identify any unresolved privilege objections between the Parties ("Privilege Objections" and, together with the Relevancy Objections, the "Discovery Dispute");

g. The Court shall hold a status conference on the Privilege Objections on November 8, 2024 at 1:00pm; and

h. Plaintiff's deposition of Defendant scheduled for October 14, 2024 shall be adjourned to a date to be determined, and Plaintiff is authorized to take Defendant's deposition following: (i) the Court's ruling on (or the Parties' full and complete resolution of) the Discovery Dispute, and (ii) Defendant's complete production of ESI as may be ordered by the Court or stipulated to by the Parties.

**Signed on October 11, 2024**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
**United States Bankruptcy Judge**