# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

|  |  |
|---|---|
| Joseph G. DuMouchelle and Melinda J. Adducci, | Chapter 7<br>Case No. 19-54531<br>Honorable Lisa Gretchko |

      Debtors.

_____/

Teodor Gelov,

      Plaintiff,

v.                                                                  Adversary Pro. No. 20-04172

Melinda J. Adducci,

      Defendant.

_____/

## ORDER OVERRULING DEFENDANT'S RELEVANCY OBJECTION TO PRODUCTION OF ELECTRONICALLY STORED INFORMATION PREVIOUSLY WITHHELD

THIS MATTER came before the Court on November 8, 2024 for a hearing ("Relevancy Hearing") on the relevancy issues referenced in the October 11, 2024 Stipulated Order for Extended Discovery Schedule, and Adjourning Final Pretrial Conference and Trial ("October 11, 2024 Order"; ECF No. 231). At the conclusion of the Relevancy Hearing, the Court determined to overrule Defendant's relevancy objections. On November 20, 2024, a stipulation ("Stipulation"; ECF No. 252) between Plaintiff and Defendant was filed, consenting to the form of this Order. The

Court has reviewed the October 11, 2024 Order, the Stipulation and other pertinent pleadings, has considered the statements made at the Relevancy Hearing, and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that, subject to the protections of Fed.R.Bankr.P. 7026/Fed.R.Civ.P.26(b)(5), Plaintiff is entitled to receive, and Archer Hill is hereby authorized and directed to produce, all Relevant Content Data that Defendant previously objected to produce solely on the grounds of relevancy.

IT IS FURTHER ORDERED that Defendant's objection to production of Relevant Content Data solely on privilege grounds (and Plaintiff's right to contest Defendant's privilege objections) are reserved.

**Signed on November 22, 2024**



/s/ Lisa S. Gretchko
**Lisa S. Gretchko**
**United States Bankruptcy Judge**