# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci, | Case No. 19-54531-lsg |
| Debtors. | Hon. Lisa S. Gretchko |
| _____/ | |
| Thomas T. Ritter, <br>     Plaintiff, <br> v. | |
| Melinda J. Adducci, <br>     Defendant. | Adversary Pro. No. 20-04381 |
| _____/ | |
| Teodor Gelov, <br>     Plaintiff, <br> v. | |
| Melinda J. Adducci, <br>     Defendant. | Adversary Pro. No. 20-04172 |
| _____/ | |

## JOINT STATEMENT SUMMARIZING REMAINING ISSUES OF PRIVILEGE AS TO ESI DISCOVERY

Thomas T. Ritter and Teodor Gelov, Plaintiffs and Melinda Adducci, the Defendant in each of the above-captioned Adversary Proceedings (the "Parties"), through their undersigned counsel, hereby submit as follows a summary of the issues as requested by the Court at a status conference held on February 3, 2025, (the "Hearing").

## I. Disputed ESI Files

The following is a summary of the remaining issues of privilege and the number of ESI Files in dispute for Defendant's production:

| Adversary Proceeding | Data Source | Privilege Issue | Number of Disputed Files |
|---|---|---|---|
| Ritter v. Adducci | Joseph's Laptop Data | Spousal Privilege – Business Communications* | 109 Files |
| Ritter v. Adducci | Joseph's Laptop Data | Spousal Privilege – Personal Communications | 0 Files |
| Ritter v. Adducci | Joseph's Laptop Data | Attorney Client Privilege as to Joseph | Not Applicable |
| Ritter v. Adducci | Joseph's Laptop Data | Attorney Client Privilege as to Lindy | 0 Files |
| | | | |
| Ritter v. Adducci | Lindy's Laptop Data | Spousal Privilege – Business Communications | 0 Files |
| Ritter v. Adducci | Lindy's Laptop Data | Spousal Privilege – Personal Communications | 0 Files |
| Ritter v. Adducci | Lindy's Laptop Data | Attorney Client Privilege as to Joseph | Not Applicable |
| Ritter v. Adducci | Lindy's Laptop Data | Attorney Client Privilege as to Lindy | 0 Files |
| | | | |
| Gelov v. Adducci | Joseph's Laptop Data | Spousal Privilege – Business Communications* | 458 Files |
| Gelov v. Adducci | Joseph's Laptop Data | Spousal Privilege – Personal Communications | 0 Files |
| Gelov v. Adducci | Joseph's Laptop Data | Attorney Client Privilege as to Joseph | Not Applicable |
| Gelov v. Adducci | Joseph's Laptop Data | Attorney Client Privilege as to Lindy | 0 Files |
| | | | |

| Gelov v. Adducci | Lindy's Laptop Data | Spousal Privilege – Business Communications | 0 Files |
| Gelov v. Adducci | Lindy's Laptop Data | Spousal Privilege – Personal Communications | 0 Files |
| Gelov v. Adducci | Lindy's Laptop Data | Attorney Client Privilege as to Joseph | Not Applicable |
| Gelov v. Adducci | Lindy's Laptop Data | Attorney Client Privilege as to Lindy | 0 Files |

*Defendant designated the ESI Files in dispute as business-related communications that are subject to spousal privilege and comprise emails that were exchanged between Defendant and her spouse on their respective DuMouchelle Jewellers email addresses.

**A. Filing the full Adversary Proceeding Deposition with the Court;**

The Parties agree that Plaintiff could have filed a complete copy of the Adduci Transcript with each of Plaintiffs' briefs at ECF No. 220 in *Ritter v. Adducci* and ECF No. 261 in *Gelov v. Adducci*, and as such, Defendant does not object to Plaintiffs' filing of the Adducci Transcript in each of their respective Adversary Proceedings.

**B. Whether the Courts ruling regarding privilege waiver in Ritter extend to and bind the same privilege waiver issues in Gelov.**

Since each of the Plaintiffs rely on different sections of testimony in Defendant's September 23, 2024 deposition in the *Ritter v. Adducci* Adversary Proceeding (the "Adducci Transcript") to assert that Defendant waived her spousal and attorney client privileges, Defendant does not object to the court's determination of waiver of privilege in each of the Adversary Proceedings based on the Adducci

Transcript. Therefore, the Parties consent to the court making a separate ruling on the privilege issues in each of the Plaintiffs' Adversary Proceedings.

Respectfully submitted,

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **JOHN R. FOLEY, P.C.** |
| By: /s/*Kimberly Ross Clayson* <br> Jay L. Welford (P34471) <br> R. Christopher Cataldo (P39353) <br> Kimberly Ross Clayson (P69804) <br> 27777 Franklin, Suite 2500 <br> Southfield, MI 48034 <br> (248) 351-3000 <br> jwelford@taftlaw.com <br> kclayson@taftlaw.com <br> ccataldo@taftlaw.com | By: */s/Patrick A. Foley* (w/permission) <br> Patrick A. Foley (P74323) <br> 18572 W. Outer Drive <br> Dearborn, MI 48128 <br> 313-274-7377 <br> pafoley@jrfpc.net |
| *Counsel to Plaintiffs, Thomas Ritter and Teodor Gelov* | *Counsel for Defendant Melinda J. Adducci* |
| Dated: February 7, 2025 | Dated: February 7, 2025 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and | |
| Melinda J. Adducci, | Case No. 19-54531-lsg |
|     Debtors. | Hon. Lisa S. Gretchko |
| _____/ | |
| Thomas T. Ritter, | |
|     Plaintiff, | |
| v. | |
| Melinda J. Adducci, | Adversary Pro. No. 20-04381 |
|     Defendant. | |
| _____/ | |
| Teodor Gelov, | |
|     Plaintiff, | |
| v. | |
| Melinda J. Adducci, | Adversary Pro. No. 20-04172 |
|     Defendant. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I caused to be served a copy of the *Joint Statement Summarizing Remaining Issues Of Privilege As To Esi Discovery* and this *Certificate of Service* by using the Court electronic filing system which will send notification of such filing to all parties listed on the ECF list in the above-captioned case.

<div style="display: flex;">

Dated: February 7, 2025

**TAFT STETTINIUS & HOLLISTER, LLP**

By: /s/*Kimberly Ross Clayson*
Jay L. Welford (P34471)
R. Christopher Cataldo (P39353)
Kimberly Ross Clayson (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com
ccataldo@taftlaw.com

*Counsel to Plaintiff, Teodor Gelov*

</div>