UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci,

    Debtors.
_____/

Chapter 7

Case No. 19-54531
Honorable Lisa Gretchko

Teodor Gelov,

    Plaintiff,

v.

Melinda J. Adducci,

    Defendant.
_____/

Adversary Pro. No. 20-04172

## ORDER ADJOURNING STATUS CONFERENCE

**THIS MATTER** came before the Court on the stipulation ("Stipulation"; ECF No. 285) between Plaintiff, Teodor Gelov and Defendant, Melinda J. Adducci, by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that counsel for the Parties shall appear for a telephonic status conference on May 23, 2025 at 11:00 a.m. before the Honorable Lisa S. Gretchko, for the purpose of scheduling trial and related

dates and deadlines. At least five minutes before the scheduled time for hearing, counsel and parties should call **(202) 503-1666 and use Conference ID 164 557 275#.** Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

**Signed on May 8, 2025**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**